Revised 05/2022

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS

Application (1)

IN RE:

__ANGELA D SHAW__
Debtor

__22-10385-TMD__
Bankruptcy Case Number

FILED
FEB 21 2023
U.S. BANKRUPTCY COURT
BY ___ DEPUTY

## APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

Comes now the Claimant identified below to make Application for an Order authorizing payment of unclaimed funds now on deposit in the Treasury of the United States for the benefit of Claimant. Claimant was a creditor/debtor in the above captioned bankruptcy case and has not received payment of these funds which are due and owing to the Claimant. Claimant further states that Claimant is:

NAME OF CLAIMANT: __ANGELA D. SHAW__
PHONE NUMBER: __(512) 378-0017__ LAST FOUR DIGITS OF SOCIAL SECURITY NO: __6570__
MAILING ADDRESS: __610 E. WELLS BRANCH Parkway__
__#14104__
CITY: __Pflugerville__ STATE: __TX__ ZIP: __78660__

and that a dividend in the amount of $ __15,030.71__ was awarded in this case to the claimant, which dividend is currently unclaimed and held by the Clerk of Court.

Claimant certifies that all statements made by Claimant on this Application and any attachments required for this Application are, to the best of Claimant's knowledge, true and correct. Accordingly, Claimant requests the Court to enter an Order authorizing payment of the pro rata dividend due upon this claim.

Date: __1/31/2023__

_____
Claimant's Signature

State of __TX__
County of __Travis__
Subscribed and sworn to before me this __31__ day of __January__, 20__23__.

_____
Notary Public

My commission expires: __Feb. 09, 26__

Mail to: United States Bankruptcy Court
Attn: Financial Administrator
615 E. Houston, Suite 597
San Antonio, TX 78205



LUIS F. MEDINA
My Notary ID # 133579135
Expires February 9, 2026

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF TEXAS
__AUSTIN__ DIVISION

**IN RE:**

| | | |
|---|---|---|
| Angela DawnShaw | § § § § § § § | case # 22-10385-Tmd |
| | | Chapter 13 |
| Debtor(s) | | Bankruptcy Case No. |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby certify that on the __30__ day of __January__ 20__23__, a copy of the APPLICATION FOR PAYMENT OF DIVIDEND FROM UNCLAIMED FUNDS, and all related attachments, was served on the United States Attorney for the Western District of Texas at the following address:

⦿ Austin Division
US Attorney
903 San Jacinto Blvd., Suite 334
Austin, TX 78701

◯ El Paso Division
US Attorney
US Courthouse
700 E. San Antonio, Suite 200
El Paso, TX 79901

◯ San Antonio Division
US Attorney
601 NW Loop 410,
Suite 600
San Antonio, TX 78216

◯ Waco Division
US Attorney
800 Franklin Ave, Suite 280
Waco, TX 76701

◯ Midland Division
US Attorney
400 W. Illinois Street, Suite 1200
Midland, TX 79701

Dated: 1/30/23     By: [signature]